**Thomas J. HOWARD, Owner of Barges THE ELEANOR B. HOWARD and THE DAN HOWARD, Libelant-Appellee, v. The Tug DELMAR, The Pennsylvania Railroad Company, Claimant-Appellee, and M. V. Taybank, The Bank Line Ltd., Claimant-Appellant (and four other suits).**
**No. 119.**

Circuit Court of Appeals, Second Circuit.
Dec. 19, 1938.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (J. Harvey Turnure, of New York City, of counsel), for appellant and The Taybank.

Joseph M. Howard, of New York City (Carl F. Vander Clute, of New York City, of counsel), for appellee Thomas J. Howard.

Barber, Matters, Gay & Vander Clute, of New York City (Carl F. Vander Clute, of New York City, of counsel), for libelant-appellee Sinram Bros., Inc.

Burlingham, Veeder, Clark & Hupper, of New York City (Chauncey I. Clark and Stanley R. Wright, both of New York City, of counsel), for appellee Pennsylvania R. Co.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

**In the Matter of JOSEPH DIVACK & CO., Inc., Bankrupt. Joseph Divack, Appellant.***
**No. 220.**

Circuit Court of Appeals, Second Circuit.
Dec. 23, 1938.

Archibald Palmer and Samuel Masia, both of New York City, for appellant.

Oscar Aronson, of New York City (Manfred H. Benedek, of New York City, on the brief), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

**KOKUSAI KISEN KABUSHIKI KAISHA, Appellee, v. COLUMBIA STEVEDORING CO., Inc., Appellant.**
**No. 57.**

Circuit Court of Appeals, Second Circuit.
Dec. 5, 1938.

Mengel & Conroy, of New York City (Carl K. Mengel and George A. Conroy, both of New York City, of counsel), for appellant.

Crawford & Sprague, of New York City (George C. Sprague and Nicholas J. Healy, III, both of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Judgment, 23 F.Supp. 403, affirmed.

*Writ of certiorari denied 59 S.Ct. 583, 83 L.Ed. ——.